IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AARON DALE CARVER,<br><br>        Petitioner,<br><br>    v.<br><br>J. SALAZAR, Warden,<br><br>        Respondent.<br>_____ | Case No. 3:19-cv-01969-CL<br><br>ORDER |

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 16), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Petitioner did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 16) is adopted. The petition is denied. IT IS SO ORDERED.

      DATED this 8th day of October, 2020.

                                                        _____/s/ Michael J. McShane_____<br>
                                                               Michael McShane<br>
                                                            United States District Judge

1 –ORDER